**Christine LOCKLEAR, Plaintiff–Appellant,**

v.

**Ted PARKER; Ardshiel, Incorporated; GE Investment Private Placement Partners II, a limited partnership, Defendants–Appellees.**

No. 00–2579.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Christine Locklear, pro se. David Lester Woodard, Poyner & Spruill, Raleigh, NC; Lisa Michelle Drabik, Womble, Carlyle, Sandridge & Rice, Winston–Salem, NC; Charles Archibald Edwards, Womble, Carlyle, Sandridge & Rice, Raleigh, NC, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Christine Locklear appeals from the district court's order dismissing her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Locklear v. Parker*, No. CA–00–212–7–BR (E.D.N.C. Nov. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*